**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL Q. FALK,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT S. PAIR, et al.,<br><br>          Defendants. | Case No.: 1:13-cv-00003 - LJO - JLT<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER |

Michael Q. Falk ("Plaintiff") seeks to proceed *pro se* and *in forma pauperis* with an action pursuant to 42 U.S.C. § 1983 for a violation of his civil rights.  On January 23, 2013, the Court screened Plaintiff's complaint, and directed Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on his cognizable claims within twenty-one days of the date of service.  (Doc. 5).  Accordingly, Plaintiff's response to the Court's order was to be filed on or before February 13, 2013.  However, to date, Plaintiff has failed to comply with or otherwise respond to the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  Local Rule 110.  "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action.  *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831

(9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause **within fourteen days** of the date of service of this Order why the action should not be dismissed for his failure comply with the Court's order. In the alternative, within the same fourteen days, Plaintiff may file an amended complaint or written notice of his willingness to proceed on claims the Court found cognizable in its order dated January 23, 2013.

IT IS SO ORDERED.

Dated:   **February 22, 2013**           **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

2