**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL Q. FALK,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT S. PAIR, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-00003 - LJO - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE ISSUED FEBRUARY 22, 2013<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(Doc. 10) |

       Michael Q. Falk ("Plaintiff") is proceeding *pro se* and *in forma pauperis* with an action for a violation of his civil rights pursuant to 42 U.S.C. § 1983. On January 23, 2013, the Court screened Plaintiff's complaint, and directed Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on his cognizable claims within twenty-one days of the date of service. (Doc. 5). Plaintiff failed to respond, and the Court issued an order for Plaintiff to show cause why the action should not be dismissed on February 22, 2013. (Doc. 7). Again, Plaintiff was instructed to file an amended complaint or notify the Court of his willingness to proceed on the cognizable claims. *Id.*

       On February 25, 2013, Plaintiff filed a notice, asserting his desire "to proceed only on the cognizable claim against Officer[s] Escobedo and Pair." (Doc. 8). In addition, Plaintiff filed a motion for an extension of time for filing his response to the Court's order dated January 23, 2013. (Doc. 10). Notably, however, in the order to show cause the Court granted Plaintiff an extension until March 13, 2013 to file a response.

Accordingly, **IT IS HEREBY ORDERED**:

1. The order to show cause dated February 22, 2013 (Doc. 7) is **DISCHARGED**; and
2. Plaintiff's motion for an extension of time (Doc. 10) is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated:   **February 26, 2013**                    /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE