IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL Q. FALK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT S. PAIR, et al.,<br><br>　　　　　Defendants. | 1:13-cv-00003-LJO-JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING PLAINTIFF'S CLAIM AGAINST DEFENDANT CHUENG TSANG<br><br>(Doc. 12) |

Michael Q. Falk ("Plaintiff") is proceeding pro se and in forma pauperis with an action pursuant to 42 U.S.C. § 1983 for a violation of his civil rights. On February 27, 2013, the Magistrate Judge determined Plaintiff failed to state a cognizable claim for excessive force in violation of the Fourth Amendment against Officer Tsang of the Bakersfield Police Department, and the claim against Tsang be dismissed, and that Tsang be dismissed as a defendant from the action. (Doc. 12). Plaintiff did not object to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the Magistrate Judge's Findings and Recommendations are supported by the record and by proper analysis. Notably, Plaintiff filed a notice of intent to proceed on the cognizable claims, and does not seek to pursue his claim against Officer Tsang. (Doc. 8).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Magistrate Judge's Findings and Recommendations filed February 27, 2013, are **ADOPTED IN FULL**;
2. Plaintiff's claim for a Fourth Amendment violation by Officer Tsang is **DISMISSED**;
3. Officer Tsang is **DISMISSED** as a defendant from this action; and
4. This action shall proceed only upon Plaintiff's claims for violations of the Fourth Amendment by Officers Escobedo and Pair.

IT IS SO ORDERED.

**Dated:   March 14, 2013**           /s/  Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE